**GREENBERG TRAURIG, LLP**
Joel E. Tasca, Esq. (Nevada Bar No. 14124)
joel.tasca@gtlaw.com
Daniel R. Miller, Esq. (Nevada Bar No 17255)
daniel.miller@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone:     (702) 792-3773
Facsimile:     (702) 792-9002

*Attorneys for Defendants JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT COURT OF NEVADA

| | |
|---|---|
| GINA JANCIK,<br><br>                          Plaintiff,<br><br>                          v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and JPMORGAN CHASE BANK, N.A.,<br><br>                          Defendants. | Case No.: 2:26-cv-00193-JCM-MDC<br><br>**STIPULATION TO EXTEND ANSWER DEADLINE and [PROPOSED] ORDER (First Request)** |

JPMorgan Chase Bank, N.A., by and through its counsel of record, Greenberg Traurig LLP and Gina Jancik by and through her counsel of record Knepper Litigation LLC, and Nevada Bankruptcy Attorneys LLC, hereby submit this first stipulation to extend the answer deadline in this matter, pursuant to LR IA 6-1.

The complaint in this action was served on JPMorgan Chase Bank, N.A., on January 29, 2026. Federal Rule of Civil Procedure 12(a)(1)(A)(i) provides a twenty-one-day deadline for answer from the date of service twenty-one days from the date of service would be February 19, 2026.  Accordingly, this request is made before the expiration of the specified period. *See* LR IA 6-1.

///

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002

1

*ADMIN 700754899v2*

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for the Plaintiff and counsel for JPMorgan Chase Bank, N.A. reached a mutual agreement on February 13, 2026, to extend the answer deadline by a period of 30 days, or until March 21, 2026, to permit the Defendant time to investigate the allegations of the complaint and appropriately answer them.

Therefore, in accordance with the parties' agreement the parties stipulate, and agree that answer deadline for JPMorgan Chase Bank, N.A., be extended until March 21, 2026. Because this Stipulation constitutes JPMorgan Chase Bank, N.A.'s first appearance in this action, the parties acknowledge that the 180-day discovery period would otherwise run from the date of Defendant's first appearance. In light of the parties' agreement to extend the time to answer or otherwise respond to the Complaint by thirty (30) days, and to preserve the full 180-day discovery period contemplated by LR 26-1(b)(1), the parties hereby stipulate and agree that the discovery deadlines in this matter shall be extended by thirty (30) days.

DATED this 18th day of February, 2026.

| **GREENBERG TRAURIG, LLP** | **KNEPPER LITIGATION** |
|---|---|
| *s/ Daniel R. Miller* | *s/ Matthew I. Knepper* |
| Joel E. Tasca, Esq. (Nevada Bar No. 14124) | Matthew I. Knepper (Nevada Bar No. 12796) |
| joel.tasca@gtlaw.com | matt@knepperlitigation.com |
| Daniel R. Miller, Esq. (Nevada Bar No. 17255) | 5502 S. Fort Apache Rd., Ste. 200 |
| daniel.miller@gtlaw.com | Las Vegas, NV 89148 |
| 10845 Griffith Peak Drive, Suite 600 | Phone: (702) 660-4228 |
| Las Vegas, NV 89135 | |
| | *Attorneys for Plaintiff Gina Jancik* |
| *Attorneys for Defendant JPMorgan Chase Bank, N.A.* | |

**ORDER**

Based on the foregoing stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for Defendant JP Morgan Chase to file and serve their Answer to Plaintiff's Complaint be extended to March 21, 2026.

IT IS FURTHER ORDERED THAT the deadline to complete discovery shall be extended by thirty (30) days from the date otherwise calculated under LR 26-1(b)(1), and all other deadlines set forth in LR 26-1(b)(1) that are measured from the close of discovery shall likewise be extended by thirty (30) days.

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED:    2-20-26

ADMIN 700754899v2