Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV  89135
Telephone: (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GINA JANCIK,<br><br>                    Plaintiff,<br><br>        v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANK, N.A.;<br><br>                    Defendants. | Case No. 2:26-cv-000193-JCM-MDC<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Gina Jancik ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation pursuant to LR IA 6-1 to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1).

Plaintiff filed the Complaint on January 27, 2026, (ECF No. 1.) and currently Experian's responsive pleading is due February 19, 2026. Experian's counsel has just been retained.  This first extension will allow Experian an opportunity to investigate the facts of the case and to avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly. Plaintiff and Experian stipulate and agree that Experian shall have an extension until March 23, 2026, to file its responsive pleading. This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian an opportunity to more fully investigate the claims alleged.

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

Pursuant to LR 26-1(b)(1), the parties further stipulate that to the extent this Stipulation constitutes Defendant's first appearance in this action (and therefore the 180-day discovery period would otherwise run from the date of this Stipulation), in light of the parties' agreement to extend Defendant's time to answer or otherwise respond to the Complaint by thirty (30) days, and to preserve the full 180-day discovery period contemplated by LR 26-1(b)(1), the parties hereby stipulate and agree that the discovery deadlines in this matter shall be extended by thirty (30) days or otherwise triggered from March 23, 2026.

**IT IS SO STIPULATED.**

Dated this __19th__ of February 2026.

| NAYLOR & BRASTER | KNEPPER LITIGATION, LLC |
|---|---|
| By: _/s/ Jennifer L. Braster_<br>　　Jennifer L. Braster<br>　　Nevada Bar No. 9982<br>　　10100 W Charleston Blvd, Suite 120<br>　　Las Vegas, Nevada 89135<br>　　Telephone: (702) 420-7000<br><br>_Attorneys for Defendant_<br>_Experian Information Solutions, Inc._ | By: _/s/ Matthew I. Knepper_<br>　　Matthew I. Knepper<br>　　Nevada Bar No. 12796<br>　　5502 S. Fort Apache Road, Suite 200<br>　　Las Vegas, Nevada 89148<br><br>　　Brenden Gougeon<br>　　Nevada Bar No. 16874<br>　　Nevada Bankruptcy Attorneys LLC<br>　　5940 S. Rainbow Blvd., Suite 400<br>　　PMB 99721<br>　　Las Vegas, Nevada 89118<br><br>　　_Attorney for Plaintiff_<br>　　_Gina Jancik_ |

**IT IS SO ORDERED.**

Dated 2-23-26.

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000