**GREENBERG TRAURIG, LLP**
Joel E. Tasca, Esq. (Nevada Bar No. 14124)
joel.tasca@gtlaw.com
Daniel R. Miller, Esq. (Nevada Bar No 17255)
daniel.miller@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone:    (702) 792-3773
Facsimile:    (702) 792-9002

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| GINA JANCIK,<br><br>                    Plaintiff,<br><br>            v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and JPMORGAN CHASE BANK, N.A.,<br><br>                    Defendants. | Case No.: 2:26-cv-00193-JCM-MDC<br><br>**STIPULATION TO EXTEND ANSWER DEADLINE and [PROPOSED] ORDER (Second Request)** |

JPMorgan Chase Bank, N.A., by and through its counsel of record, Greenberg Traurig LLP and Gina Jancik by and through her counsel of record Knepper Litigation LLC, and Nevada Bankruptcy Attorneys LLC, hereby submit this second stipulation to extend the answer deadline in this matter, pursuant to LR IA 6-1.

The complaint in this action was served on JPMorgan Chase Bank, N.A., on January 29, 2026. Federal Rule of Civil Procedure 12(a)(1)(A)(i) provides a twenty-one-day deadline for answer from the date of service twenty-one days from the date of service would be February 19, 2026. That deadline was extended until March 21, 2026 by mutual agreement of the parties. Accordingly, this request is made before the expiration of the specified period. See LR IA 6-1.

///

*ACTIVE 721508993v1*

**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:   (702) 792-9002

Counsel for the Plaintiff and counsel for JPMorgan Chase Bank, N.A. reached a mutual agreement on February 13, 2026, to extend the answer deadline by a period of 30 days, or until March 21, 2026, to permit the Defendant time to investigate the allegations of the complaint and appropriately answer them. The Court granted the extension until the requested date. See ECF Dkt. No. 7.

Counsel for Plaintiff and for JPMorgan Chase Bank, N.A. reached an agreement on March 20, 2026 for a further brief 10-day extension to respond to the complaint.

Therefore, in accordance with the parties' agreement the parties stipulate, and agree that answer deadline for JPMorgan Chase Bank, N.A., be extended until April 1, 2026.

DATED this 23rd day of March, 2026.

**GREENBERG TRAURIG, LLP**

*/s/ Daniel R. Miller*
Joel E. Tasca, Esq.
Nevada Bar No. 14124
joel.tasca@gtlaw.com
Daniel R. Miller, Esq.
Nevada Bar No. 17255
daniel.miller@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Defendant JPMorgan*

**KNEPPER LITIGATION**

*/s/ Matthew I. Knepper*
Matthew I. Knepper
Nevada Bar No. 12796
matt@knepperlitigation.com
5502 S. Fort Apache Rd., Ste. 200
Las Vegas, NV 89148

*Attorneys for Plaintiff Gina Jancik*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*ACTIVE 721508993v1*

**ORDER**

Based on the forgoing stipulation and good cause appearing therefore,

**IT HEREBY ORDERED** that the deadline for Defendant JP Morgan Chase Bank, N.A. to file and serve their Answer to Plaintiff's Complaint be extended to April 1, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___3-26-26_____