Matthew I. Knepper, Esq.
Nevada Bar No. 12796
KNEPPER LITIGATION, LLC
5502 S. Fort Apache Rd, Suite 200
Las Vegas, NV 89148
Phone: (702) 805-1659
Fax: (702) 660-4228
Email: matt@knepperlitigation.com

*Attorneys for Plaintiff*
*Gina Jancik*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GINA JANCIK,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 2:26-cv-00193-JCM-MDC<br><br>**STIPULATION OF DISMISSAL OF JPMORGAN CHASE BANK, N.A., WITH PREJUDICE**<br><br>Complaint filed: January 27, 2026<br><br>Assigned to Hon. Judge James C. Mahan |

PLEASE TAKE NOTICE that Plaintiff Gina Jancik ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A., ("Chase") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(1)(A)(ii).

There are no longer any issues in this matter between Plaintiff and Chase to be determined by this Court. Plaintiff and Chase hereby stipulate that all claims and causes of action that were or could have been asserted against Chase are hereby dismissed with prejudice, with each side to bear

//

//

//

//

//

its own fees and costs.

**IT IS SO STIPULATED.**
DATED: October 26, 2026.

| | |
|---|---|
| **KNEPPER LITIGATION, LLC**<br><br>/s/ *Matthew I. Knepper*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>5502 S. Fort Apache Rd, Suite 200<br>Las Vegas, NV 89148<br>Email: matt@knepperlitigation.com<br><br>*Counsel for Plaintiff*<br>*Gina Jancik* | **GREENBERG TRAURIG, LLP**<br><br>/s/ *Joel E. Tasca*<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Daniel R. Miller, Esq.<br>Nevada Bar No. 17255<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas NV 89135<br>Email: joel.tasca@gtlaw.com<br>Email: daniel.miller@gtlaw.com<br><br>*Counsel for Defendant*<br>*JPMorgan Chase Bank, N.A.* |

**ORDER GRANTING**
**STIPULATION OF DISMISSAL OF JPMORGAN CHASE BANK, N.A., WITH PREJUDICE**

**IT IS SO ORDERED.**

DATED: October 27, 2026

U.S. DISTRICT COURT JUDGE



KNEPPER LITIGATION LLC
5502 S FORT APACHE RD #200
LAS VEGAS, NV 89148
PHONE: (702) 660-4228
MATT@KNEPPERLITIGATION.COM